# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00105-CV

**Combined Law Enforcement Associations of Texas and John Burpo, Appellants**

**v.**

**Mike Sheffield, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-12-003281, HONORABLE AMY CLARK MEACHMUM, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

We grant appellants' motion for emergency temporary relief and stay discovery and further trial proceedings pending further orders of this Court.

It is ordered on February 26, 2013.

Before Justices Pemberton, Rose and Field